UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| CISCO SYSTEMS, INC., a California corporation, and CISCO TECHNOLOGY, INC., a California corporation,<br><br>　　　　　Plaintiff(s),<br><br>　　vs.<br><br>MUSHKIN, INC., a Colorado corporation (d/b/a ENHANCED NETWORK SYSTEMS); JEFFREY RAMEY, an individual; and DOES 1-10,<br><br>　　　　　Defendant(s). | Case No:  C 19-7514 SBA<br><br>**ORDER DENYING DEFENDANT'S MOTION TO STAY DISCOVERY**<br><br>Dkt. 48 |

　　This matter is before the Court on Defendant Mushkin, Inc. dba Enhanced Network Systems' Motion to Stay Discovery.  "The district court has wide discretion in controlling discovery." <u>Little v. City of Seattle</u>, 863 F.2d 681, 685 (9th Cir. 1988).  However, the Court is unpersuaded that a temporary stay of discovery is appropriate in this action.  Accordingly,

　　IT IS HEREBY ORDERED THAT Defendant's motion to stay discovery is DENIED.

　　IT IS SO ORDERED.

Dated:  08/20/20

　　　　　　　　　　　　　　　　　　　*Saundra B Armstrong*
　　　　　　　　　　　　　　　　　　　SAUNDRA BROWN ARMSTRONG
　　　　　　　　　　　　　　　　　　　Senior United States District Judge